## Waterman *v.* Raymond

(April Term, 1864.)

A MOTION for a writ of *certiorari* must be in writing and supported by affidavit.

WRIT OF ERROR to the Circuit Court of Kendall county.

Mr. —— WHEATON moved that a writ of *certiorari* be awarded, requiring the clerk of the court below to transmit to this court a correct record.

Per CURIAM: The motion must be in writing, accompanied by affidavit of the causes, as a diminution of the record, which make it proper to award the writ.